# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA,
### INDIANAPOLIS DIVISION

| | |
|---|---|
| **MONIQUE COUVILLION,** | |
| **Plaintiff,** | |
| *vs.* | CAUSE NO. 1:14-cv-1842-DKL-SEB |
| **SPEEDWAY, L.L.C.,** | |
| **Defendant.** | |

## JUDGMENT

The Court, having issued its Entry explaining why Defendant's motion for summary judgment should be granted, hereby **ORDERS, ADJUDGES, and DECREES** that judgment be entered in favor of Defendant on Plaintiff's claim in this Cause and that she take nothing by way of her complaint.

**SO ORDERED this date:** 01/20/2016

*Denise K. LaRue*

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution to all ECF-registered counsel of record *via* ECF-generated e-mail.